_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 08, 2022

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | ) Case No.: 22-10459-nmc |
| | ) Chapter 11 |
| NTI-CA INC., | ) |
| | ) Hearing Date: April 19, 2022 |
| Debtor. | ) Hearing Time: 9:30 a.m. |
| | ) |

**AMENDED ORDER FOR DEBTOR TO APPEAR AND SHOW CAUSE REGARDING WHY THE COURT SHOULD NOT EITHER APPOINT AN EXAMINER OR CHAPTER 11 TRUSTEE, OR OTHERWISE DISMISS OR CONVERT THE CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §§ 105(a), 1104, AND 1112**

On March 9, 2022, the court held a hearing in the related adversary proceeding pending at Adv. No. 22-01041-nmc, at which time the court read findings of fact and conclusions of law into the record indicating her intention to enter this order to show cause. For the reasons stated by the court at the March 9, 2022, hearing, the findings and conclusions of which are fully incorporated herein by reference,

**IT IS HEREBY ORDERED** that the Debtor shall appear telephonically appear before the Honorable Natalie M. Cox on **April 19, 2022, at 9:30 a.m.** for a <u>**STATUS HEARING**</u> for the Debtor to show cause why the court should not either appoint an examiner or Chapter 11 Trustee, or otherwise dismiss or convert this case pursuant to 11 U.S.C. §§ 11 U.S.C. §§ 105(a), 1104, and 1112. The call-in information is (669) 254-5252, Meeting ID 161 166 2815, Passcode 115788.

1

| | |
|---|---|
| 1 | |
| 2 | Copy sent via CM/ECF ELECTRONIC FILING |
| 3 | Copy sent via BNC to: |
| 4 | NTI-NV INC. |
| 5 | 9525 HILLWOOD DR.<br>STE 170 |
| 6 | LAS VEGAS, NV 89134-0529 |
| 7 | NTI-GROUNDTRANS INC. |
| 8 | 9525 HILLWOOD DR.<br>STE 170 |
| 9 | LAS VEGAS, NV 89134-0529 |
| 10 | APOSTROPHE INC. |
| 11 | 999 18TH ST.<br>SUITE 700S |
| 12 | DENVER, CO 80201 |
| 13 | |
| 14 | ALCOCER, INC.<br>3595 TOWN CENTER DR.<br>SUITE 106 |
| 15 | LAS VEGAS, NV 89135 |
| 16 | JAMES GLEICH |
| 17 | 9525 HILLWOOD #170<br>LAS VEGAS, NV 89134 |
| 18 | |
| 19 | NATIONAL GROUND TRANSPORTATION, INC.<br>9525 HILLWOOD #170 |
| 20 | LAS VEGAS, NV 89134 |
| 21 | T.J. PANTALEO |
| 22 | POST OFFICE BOX 4300<br>BURBANK, CA 91503 |
| 23 | |
| 24 | MARC JACOBI<br>311 E. HIGHWAY STREET |
| 25 | SUITE 8<br>FREDRICKBURG, TX 78624 |
| 26 | |
| 27 | # # # |
| 28 | |